IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                               PLAINTIFF

v.                       No. 05-CV-6006

DON EASLEY and
RICHARD PERCEFULL                                            DEFENDANTS

### **ORDER**

On the 24th day of January 2006, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The case was submitted to the jury on that date on an interrogatory and a unanimous verdict was reached:

**INTERROGATORY:** DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT DON EASLEY WAS AN EMPLOYEE OF RICHARD PERCEFULL AT THE TIME OF THE ACCIDENT?

_____                         \_\_\_\_\_X_____
    YES                                                   NO

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatory and jury verdict, that the Plaintiffs take nothing on their complaint filed herein and the matter is DISMISSED WITH PREJUDICE. Any requests for costs and attorney's fees should be submitted within 14 days.

Dated this 25th day of January 2006.

                                            /s/Robert T. Dawson
                                            Robert T. Dawson
                                            United States District Judge